FILED
2017 Aug-04  AM 08:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RICHARD LOVELL and CHANDA LOVELL**     ) | **Demand for Jury Trial** |
| ) | |
| Plaintiffs,     ) | |
| ) | **Case No.** |
| v.     ) | **1:17-cv-00850-KOB** |
| ) | |
| **SELENE FINANCE, L.P. and HUDSON AND MARSHALL, LLC,**     ) | |
| ) | |
| Defendants.     ) | |

_____

## NOTICE OF VOLUNTARY DISMISSAL
## OF HUDSON AND MARSHALL, LLC WITHOUT PREJUDICE
_____

COME NOW the Plaintiffs, Richard Lovell and Chandra Lovell, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and hereby dismiss all claims in this action against Hudson and Marshall, LLC without prejudice.

Respectfully submitted this the 4th day of August, 2017.

*/s/Brandy Murphy Lee*
Brandy Murphy Lee
Attorney for Plaintiffs

OF COUNSEL:

RED MOUNTAIN LAW GROUP
LEE LAW FIRM, LLC
The Landmark Center
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203
205-328-9445 Ext 405
brandy@leelawfirmllc.com

Brice M. Johnston
JOHNSTON LAW FIRM, PC
The Landmark Center
2100 First Avenue North
Suite 600
Birmingham, Alabama 35203
205-328-9445 Ext 600
brice@johnstonfirmpc.com

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing document on the following via electronic filing and/or mail via the United States Postal Service:

    Austin James
    Jessica Keir

                                    */s/ Brice M. Johnston*
                                    Of Counsel