# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **RICHARD LOVELL AND CHANDA LOVELL,** | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **Case No. 1:17-CV-850-KOB** |
| **SELENE FINANCE, LP,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

At the October 17, 2018 status conference, the parties executed a Memorandum of Understanding. As a result, the court EXTENDS the stay for 90 days until January 15, 2019. The parties shall file a joint status report on or before January 15, 2019, indicating the status of the settlement outlined in the Memorandum of Understanding.

**DONE** and **ORDERED** this 17th day of October, 2018.

_____
**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE