IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

3/7/19

RICHARD LOVELL and
CHANDA LOVELL,
Plaintiffs,

vs.

CIVIL ACTION NUMBER:
1:17-CV-00850-KOB

SELENE FINANCE, LP and
HUDSON AND MARSHALL, LLC,
Defendants.

We the Plaintiffs would like to ask an extension, we had to start the whole process over again. We're trying to get everything in order. After 2 years we had to start the process over again. We the Plaintiffs would like to extend if possible. Thanks for all your help. We truly appreciate it.

Thanks,
The plaintiffs
Richard & Chanda Lovell